**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08MJ0115 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Gabriel Castro | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __January 24, 2008__
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ _____ Defendant released on $ 30,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____
        DUSM

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
OR
by _____ Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151